DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TELESFORO GARZA-MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:08-cr-00444 OWW |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
|  | ) CONFERENCE HEARING; |
| v. | ) ORDER |
|  | ) |
| TELESFORO GARZA-MORALES, | ) Date : March 23, 2009 |
|  | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above captioned matter scheduled for February 23, 2009, **may be continued to March 23, 2009, at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for defense investigation and for the parties to obtain records from Los Angeles County necessary for further plea negotiation prior to hearing. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                            McGREGOR W. SCOTT
                                            United States Attorney

DATED: February 18, 2009            /s/ Ian Garriques
                                            IAN GARRIQUES
                                            Assistant United States Attorney
                                            Attorney for Plaintiff

                                            DANIEL J. BRODERICK
                                            Federal Defender

DATED: February 18, 2009            /s/ Marc Days
                                            MARC DAYS
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            Telesforo Garza-Morales

## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

      IT IS SO ORDERED.

**Dated:   February 19, 2009**        /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE